# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN BROWN,** *et al*.<br><br>**Plaintiffs,**<br><br>v.<br><br>**RITE AID CORPORATION,** *et al*.<br><br>**Defendants.** | CIVIL ACTION NO. 19-2440 |

## ORDER

**AND NOW**, this 5th day of December 2019, upon consideration of Plaintiffs' Motion to Remand to State Court [Doc. No. 7] and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion to Remand is **GRANTED**. The Clerk is directed to **REMAND** the case to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at case number 180902441, and to **CLOSE** the case in the Eastern District of Pennsylvania.

It is further **ORDERED** that Plaintiffs' Motion to Strike [Doc. No. 20] is **DISMISSED AS MOOT**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**